# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | | |
|---|---|---|
| Nicole Book and Dwayne Book, | ) | C.A. No. 3:18-cv-03220-JMC |
| Plaintiffs, | ) | |
| vs. | ) | |
| NVR, Inc. d/b/a Ryan Homes; | ) | |
| Defendant. | ) | |
| Robert Violette and Anne Violette, | ) | C.A. No.: 3:18-cv-03219-JMC |
| Plaintiffs, | ) | |
| vs. | ) | |
| NVR, Inc. d/b/a Ryan Homes; | ) | |
| Defendant. | ) | |

## CONSENT ORDER TO CONSOLIDATE

This matter is before the Court upon Defendant NVR, Inc. d/b/a Ryan Homes' ("Defendant") motion, with the consent of Plaintiffs Nicole Book and Dwayne Book (collectively, the "Book Plaintiffs"), as well as Plaintiffs Robert Violette and Anne Violette (collectively, the "Violette Plaintiffs"), seeking to consolidate the above-captioned civil actions for the purposes of discovery, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

Whereas, the parties have stipulated that the above-captioned cases be consolidated in the interest of judicial economy and reducing the burden on all parties involved, and that these actions involve common issues of law and fact arising out of the construction of two similar homes in the same subdivision constructed by Defendant, it is hereby ORDERED:

1

1. The above-captioned cases are consolidated into one case for the purposes of discovery to be pending in the District Court of South Carolina, Columbia Division.

2. The parties expressly reserve the right to move to consolidate these actions for trial purposes at a later date.

IT IS SO ORDERED.

s/J. Michelle Childs<br>
The Honorable J. Michelle Childs<br>
United States District Judge

January 10, 2019
Columbia, South Carolina